# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

**JUDGMENT IN A CIVIL CASE**

**DONALD T. COLLIER,**

CASE NO: **2:11−CV−01539−GEB −GGH**

v.

**CITY OF VALLEJO, ET AL.,**

_____

**XX** −− **Decision by the Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

**THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE COURT'S ORDER FILED ON 11/22/11**

**Victoria C. Minor**
Clerk of Court

ENTERED:  **November 22, 2011**

by:  /s/  A. Kastilahn _____
Deputy Clerk